UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | No. 2:21-cv-0637-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| P. SAFY, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 19, 2021, the court issued findings and recommendations which recommended dismissal of this action after plaintiff failed to pay the filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). ECF No. 9. Thereafter, plaintiff filed a declaration stating that a correctional officer was supposed to have mailed his completed in forma pauperis application to the court. ECF No. 10. To date, the court has not received plaintiff's application. In an abundance of caution, the court will grant plaintiff an extension of time to pay the filing fee or file an application for leave to proceed in forma pauperis.[1]

---

[1] If plaintiff experiences a delay in obtaining a certified trust account statement, he may simply file a signed application for leave to proceed in forma pauperis without it. In that case, the court will order the California Department of Corrections and Rehabilitation to submit the trust account statement directly to the court.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date of service of this order to pay the filing fee or file an application for leave to proceed in forma pauperis. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Should plaintiff fail to timely comply, the findings and recommendations will be submitted to the district judge for consideration.

DATED: May 26, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE