1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND ALFORD BRADFORD,                 No.  2:21-cv-00637-TLN-EFB P

12                 Plaintiff,

13          v.                                 **ORDER**

14    P. SAFY,

15                 Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

18    brought under 42 U.S.C. § 1983.  He seeks reconsideration of the March 1, 2022 order (ECF No.

19    21) dismissing his complaint with leave to amend and denying his requests for counsel and a

20    guardian ad litem.[1]  (ECF No. 22.)

21          Local Rule 230(j) requires that a motion for reconsideration state "what new or different

22    facts or circumstances are claimed to exist which did not exist or were not shown upon such prior

23    motion," and "why the facts or circumstances were not shown at the time of the prior motion."

24    E.D. Cal., Local Rule 230(j)(3)-(4).  Plaintiff's motion must be denied because it does not

25    _____

26    [1]     Although the motion is captioned as objections to the March 1, 2022 Findings and
      Recommendations to deny Plaintiff's motion for injunctive relief, the text of the motion also
27    seeks reconsideration of the magistrate judge's order, issued concurrently with the findings and
      recommendation, dismissing Plaintiff's complaint with leave to amend and denying Plaintiff's
28    requests for counsel and a guardian ad litem.  (*See* ECF No. 22.)

1

1  describe any new or different facts, only Plaintiff's disagreement with the magistrate judge's

2  order.

3          Accordingly, IT IS ORDERED that plaintiff's motion for reconsideration of the March 1,

4  2022 order (ECF No. 22) is DENIED.

5  **DATED:**  April 5, 2022

6

7

8

9          Troy L. Nunley
           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28