UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>P. SAFY,<br><br>Defendant. | No. 2:21-cv-00637-TLN-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 1, 2022, the court dismissed his amended complaint with leave to amend. ECF No. 21. Plaintiff thereafter filed an interlocutory appeal, which halted progress of the case in this court. The appeal was dismissed by the Ninth Circuit on December 18, 2023, and the case may now proceed.

Accordingly, it is hereby ORDERED that plaintiff shall file a second amended complaint within 30 days of service of this order. Failure to comply with this order may result in dismissal of this action.

Dated: January 10, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1