UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

Plaintiff,

v.

P. SAFY, et al.,

Defendants.

No.  2:21-cv-00637-TLN-EFB (PC)

ORDER AND ORDER LIFTING ADR STAY

Plaintiff is a state prisoner proceeding with a civil rights complaint under 42 U.S.C. § 1983.  He alleges that defendants Larson and Safy denied him necessary medical treatment due to his refusal to receive a COVID-19 test.  On January 2, 2026, defendants filed a motion to opt out of the post-screening ADR project.  The court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 50) is granted and the ADR stay of this action is lifted.

2. By separate order, the court will set a schedule for this case.

DATED: April 27, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1